CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANDREW K. ALPER (SBN: 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
Attorney for Defendant, American 1st Credit Mortgage, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN 1ST CREDIT MORTGAGE LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-04079-PA-FFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has
2  been reached in the above-captioned case and the parties would like to avoid
3  any additional expense, and further the interests of judicial economy.
4  All Parties, therefore, apply to this Honorable Court to vacate all
5  currently set dates with the expectation that the Joint Stipulation for
6  Dismissal with prejudice as to all parties will be filed within 60 days. The
7  Parties further request that the Court schedule a Status Conference/OSC
8  Hearing approximately 60 days out at which the Parties, by and through their
9  attorneys of record shall show cause why this case has not been dismissed.

Dated: August 23, 2016  CENTER FOR DISABILITY ACCESS

By: _____
    Phyl Grace
    Attorneys for Plaintiff

Dated: ~~August 23, 2016~~ September 19,  FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
    Andrew K. Alper
    Attorney for Defendant
    American 1st Credit Mortgage, LLC

2

Joint Notice of Settlement                          Case: 2:16-CV-04079-PA-FFM

1   The Parties hereby jointly notify the court that a global settlement has
2   been reached in the above-captioned case and the parties would like to avoid
3   any additional expense, and further the interests of judicial economy.
4   All Parties, therefore, apply to this Honorable Court to vacate all
5   currently set dates with the expectation that the Joint Stipulation for
6   Dismissal with prejudice as to all parties will be filed within 60 days. The
7   Parties further request that the Court schedule a Status Conference/OSC
8   Hearing approximately 60 days out at which the Parties, by and through their
9   attorneys of record shall show cause why this case has not been dismissed.

11  Dated: September 29, 2016        CENTER FOR DISABILITY ACCESS

13                                   By: /s/ Phyl Grace
                                         Phyl Grace
14                                       Attorneys for Plaintiff

15  Dated: September 29, 2016        FRANDZEL ROBINS BLOOM & CSATO, L.C.

17                                   By: _____
                                         Andrew K. Alper
18                                       Attorney for Defendant
                                         American 1st Credit Mortgage, LLC