CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANDREW K. ALPER (SBN: 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
Attorney for Defendant
American 1st Credit Mortgage, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN 1ST CREDIT MORTGAGE LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-04079-PA-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 17, 2016          CENTER FOR DISABILITY ACCESS

                                           By: /s/ Phyl Grace
                                                Phyl Grace
                                                Attorneys for Plaintiff

Dated: October 17, 2016          FRANDZEL ROBINS BLOOM & CSATO, L.C.

                                           By: /s/ Andrew K. Alper
                                                Andrew K. Alper
                                                Attorney for Defendant
                                                American 1st Credit Mortgage, LLC

2

Joint Stipulation for Dismissal          Case: 2:16-CV-04079-PA-FFM

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew K. Alper, counsel for America 1st Credit Mortgage, LLC, and that I have obtained Mr. Alper's authorization to affix his electronic signature to this document.

Dated: October 17, 2016         CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff